Cheryl L. SICKLER, Petitioner,

v.

DEPARTMENT OF VETERANS
AFFAIRS, Respondent.

No. 05–3353.

United States Court of Appeals,
Federal Circuit.

July 12, 2006.

Rehearing Denied Sept. 15, 2006.

Before MICHEL, Chief Judge,
FRIEDMAN, Senior Circuit Judge and
MAYER, Circuit Judge.

### Judgment

PER CURIAM:

This CAUSE having been heard and con-
sidered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

KAIYUAN GROUP CORPORATION,
Plaintiff–Appellant,

and

Three Star Stationery Industry Co., Ltd.,
Orient International Holding Shang-
hai Foreign Trade Co., Ltd., Guang-
dong Stationery & Sporting Goods Im-
port & Export Corporation and China
First Pencil Co., Ltd., Defendants–Ap-
pellants,

v.

UNITED STATES, Defendant–Appellee,

and

General Pencil Co., Inc., Moon Prod-
ucts, Inc., (now known as Rose Moon,
Inc.), Musgrave Pencil Co., Inc., and
Sanford, L.P., Defendants–Appellees,

and

Aakron Rule, Inc., Tennessee Pencil
Company, Dixon–Ticonderoga Corpo-
ration, and Pencil Section of the Writ-
ing Instrument Manufacturers Associ-
ation, Defendants.

Nos. 06–1046, –1071.

United States Court of Appeals,
Federal Circuit.

July 12, 2006.

Before LOURIE, Circuit Judge,
PLAGER, Senior Circuit Judge, and
LINN, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Keith W. EDWARDS, Petitioner,

v.

DEPARTMENT OF JUSTICE, Respondent.

Keith W. Edwards, Petitioner,

v.

Department of Homeland Security, Respondent.

Nos. 04–3433, 05–3367.

United States Court of Appeals, Federal Circuit.

July 12, 2006.

Rehearing Denied Oct. 19, 2006.

Before LOURIE, Circuit Judge, PLAGER, Senior Circuit Judge and LINN, Circuit Judge.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Todd Steven GLASSEY, Plaintiff–Appellant,

v.

AMANO CORPORATION, Defendant–Appellee,

and

Hudson Venture Partners, L.P. and Jay Goldberg, Defendants–Appellees,

and

The National Institute of Standards and Technologies, Defendant–Appellee,

and

Mark Williams and A. Francis Acker, Defendants–Appellees.

No. 2006–141.

United States Court of Appeals, Federal Circuit.

July 12, 2006.

Todd Steven Glassey, pro se.